FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 26 2018

James N. Hatten, Clerk
By: McAnulle Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD BERNARD JACKSON,

    Plaintiff

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant

CIVIL ACTION FILE NO.
1:16-CV-3457-ODE-AJB

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed January 25, 2018 [Doc. 22] ("R&R"). No objections have been filed.

After a thorough analysis, Judge Baverman concludes that the decision of the Administrative Law Judge was supported by substantial evidence. Thus Judge Baverman recommends that the final decision of the Commissioner denying Plaintiff's application for benefits[1] be affirmed.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, the Commissioner's decision is AFFIRMED.

SO ORDERED, this 26 day of February, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff applied for both Social Security Disability Insurance Benefits and Supplemental Security Income benefits.